# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLEN LERNER INJURY ATTORNEYS,<br><br>        Plaintiff(s),<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER, et al.,<br><br>        Defendant(s). | Case No. 2:14-cv-01511-RFB-NJK<br><br>ORDER SETTING<br>SCHEDULING CONFERENCE<br><br>(Docket No. 13) |

Pending before the Court is Plaintiff's motion for a scheduling conference filed on May 19, 2015. Docket No. 13. The Court hereby **SETS** a scheduling conference for May 29, 2015, at 2:00 p.m. in Courtroom 3A.

IT IS SO ORDERED.

DATED: May 20, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge