Justin G. Randall, Esq.
Nevada Bar No. 12476
GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
(702) 877-1500
Fax: (702) 933-6309
jrandall@glenlerner.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLEN LERNER INJURY ATTORNEYS, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER; WAYNE MANTEL, D.C., A PROFESSIONAL CORPORATION, a Nevada Corporation; HENRY WANG, M.D., INC. a Nevada Corporation; CHW NEVADA IMAGING, LLC., a Nevada Limited Liability Company; JASWINDER S. GROVER, M.D., LTD., a Nevada Corporation d/b/a Nevada Spine Clinic; HANS-JORGE W. ROSLER, M.D. LTD., a Nevada Corporation; MARJORIE BELSKY, M.D., INC., a Nevada Corporation d/b/a Integrated Pain Specialists; RA4 LAS VEGAS SAHARA, LLC, a Nevada Limited Liability Company d/b/a Sahara Surgery Center; RUSSELL J. SHAH, M.D., LTD.; a Nevada Corporation; PBS ANESTHESIA, LLC, a Nevada Limited Liability Company; ALLIED COLLECTION SERVICES, INC., a Nevada Corporation, individually and as assignee of PBS Anesthesia and Radiology Associates; HEALTHCARE SYSTEMS, INC., a Washington Corporation; SMOKE RANCH SURGERY CENTER, LLC, a Nevada Limited Liability Company; SONORAN MEDICAL IMAGING, LLC, a Nevada Limited Liability Company; DESERT ORTHOPAEDIC CENTER, LTD, a Nevada Corporation; ORTHOPEDIC MOTION, INC., a Nevada Corporation; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a Delaware Limited Liability Company d/b/a Southern Hills Hospital & Medical Center; DESERT RADIOLOGISTS, INC., a Nevada Corporation; CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada Limited Liability Company; MARIO TARQUINO, M.D., INC., a Nevada Corporation; DOUGLAS J. SEIP, M.D., LTD., a Nevada Corporation; AMERICAN CREDIT EXCHANGE, INC., a Nevada Corporation, as assignee of Surgery Center of Southern Nevada; TRIWEST HEALTHCARE ALLIANCE CORP., a Delaware Corporation; TREASURER OF THE UNITED STATES, DEPARTMENT OF THE NAVY; DOES I – V; and ROE CORPORATIONS I – V;<br><br>Defendants. | CASE NO. 2:14-cv-01511-RFB-NJK<br>DEPT. NO.<br><br>**STIPULATION AND ORDER REGARDING DISBURSEMENT OF INTERPLED FUNDS** |

– 1 –

Re: Avelina Lavender

IT IS HEREBY STIPULATED between Plaintiff, the answering Defendants, and their respective counsel of record, that settlement funds regarding Avelina Lavender's lawsuit against David Malone, arising from a motor vehicle accident of 03/05/07 in the amount of $15,000.00 shall be disbursed as follows:

| Party | Status |
|---|---|
| Wayne Mantel, D.C., A Professional Corporation | (Defaulted) |
| Henry Wang, M.D., Inc. | (Defaulted) |
| CHW Nevada Imaging, LLC | (Defaulted) |
| Jaswinder S. Grover, M.D., Ltd dba Nevada Spine Clinic | (Defaulted) |
| Hans-Jorg W. Rosler, M.D., Ltd. | (Defaulted) |
| Marjorie Belsky, M.D., Inc. dba Integrated Pain Specialists | (Defaulted) |
| PBS Anesthesia, LLC | (Defaulted) |
| Allied Collection Services, Inc., Assignee of PBS Anesthesia and Radiology Assoc. | (Defaulted) |
| Smoke Ranch Surgery Center, LLC | (Defaulted) |
| Sonoran Medical Imaging, LLC | (Defaulted) |
| Desert Orthopaedic Center, Ltd. | (Defaulted) |
| Orthopedic Motion, Inc. | (Defaulted) |
| Sunrise Hospital and Medical Center, LLC dba Southern Hills Hospital | (Defaulted) |
| Desert Radiologists, Inc. | (Defaulted) |
| Clark County Collection Service, LLC | (Defaulted) |
| Mario Tarquino, M.D., Inc. | (Defaulted) |
| Douglas J. Seip, M.D., Ltd. | (Defaulted) |
| American Credit Exchange, Inc., as Assignee of Surgery Center of Southern Nevada | (Defaulted) |
| Triwest Healthcare Alliance Corp. | (Defaulted) |

Re: Avelina Lavender

| | |
|---|---|
| Russell Shah, M.D. | $0.00 |
| University Medical Center | $0.00 |
| Glen Lerner Injury Attorneys | $7,281.66 |
| Treasurer of the United States | $7,718.34 |
| **TOTAL:** | **$15,000.00** |

GLEN LERNER INJURY ATTORNEYS

_/s/_

Justin G. Randall, Esq.
Nevada Bar No. 12476
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorneys for Plaintiff

Brian D. Nettles, Esq.
Nevada Bar No. 7462
1389 Galleria Dr., Suite 200
Henderson, NV 89014
Attorney for Russell Shah, M.D.

_/s/_

Troy K. Flake, Esq.
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
Attorney for the United States

Timothy Baldwin, Esq.
Nevada Bar No. 11048
500 S. Grand Central Pkwy.
Las Vegas, NV 89106
Attorney for University Medical Center

. . .

. . .

. . .

| | |
|---|---|
| Russell Shah, M.D. | $0.00 |
| University Medical Center | $0.00 |
| Glen Lerner Injury Attorneys | $7,281.66 |
| Treasurer of the United States | $7,718.34 |
| **TOTAL:** | **$15,000.00** |

GLEN LERNER INJURY ATTORNEYS

_____  
Justin G. Randall, Esq.  
Nevada Bar No. 12476  
4795 South Durango Drive  
Las Vegas, Nevada 89147  
Attorneys for Plaintiff

_____  
Brian D. Nettles, Esq.  
Nevada Bar No. 7462  
1389 Galleria Dr., Suite 200  
Henderson, NV 89014  
Attorney for Russell Shah, M.D.

_____  
Troy K. Flake, Esq.  
Assistant United States Attorney  
333 Las Vegas Blvd. South, Suite 5000  
Las Vegas, NV 89101  
Attorney for the United States

_____  
Timothy Baldwin, Esq.  
Nevada Bar No. 11048  
500 S. Grand Central Pkwy.  
Las Vegas, NV 89106  
Attorney for University Medical Center

. . .

. . .

. . .

Re: Avelina Lavender

| | |
|---|---|
| Russell Shah, M.D. | $0.00 |
| University Medical Center | $0.00 |
| Glen Lerner Injury Attorneys | $7,281.66 |
| Treasurer of the United States | $7,718.34 |
| TOTAL: | $15,000.00 |

GLEN LERNER INJURY ATTORNEYS

Justin G. Randall, Esq.
Nevada Bar No. 12476
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorneys for Plaintiff

Brian D. Nettles, Esq.
Nevada Bar No. 7462
1389 Galleria Dr., Suite 200
Henderson, NV 89014
Attorney for Russell Shah, M.D.

Troy K. Flake, Esq.
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
Attorney for the United States

Timothy Baldwin, Esq.
Nevada Bar No. 11048
500 S. Grand Central Pkwy.
Las Vegas, NV 89106
Attorney for University Medical Center

. . .

. . .

. . .

Re: Aveling Lavender

## ORDER

IT IS HEREBY ORDERED that Glen Lerner Injury Attorneys shall immediately deposit the settlement draft from Farmers Insurance in the amount of $15,000; and disburse the funds as stipulated above;

IT IS FURTHER ORDERED that following disbursement of the funds, this matter shall be dismissed in its entirety, and closed on the Court's docket.

ORDER

IT IS SO ORDERED:

Submitted by:

GLEN LERNER INJURY ATTORNEYS

_____
Justin G. Randall, Esq.
Nevada Bar No. 12476
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorneys for Plaintiff

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of July, 2015.

Re: Avelina Lavender